IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM M. ONDRACEK | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-2799 |
| UNION PACIFIC RAILROAD CO. | : | |
| Defendant | : | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Now comes the above Plaintiff, by and through his counsel, Joseph J. Cappelli, Esquire, and hereby voluntarily dismisses this action <u>without</u> prejudice.

JOSEPH J. CAPPELLI & ASSOCIATES


By: _____
      Joseph J. Cappelli, Esquire
        Attorney for Plaintiff
    181 Washington Street, Suite 550
    Conshohocken, PA 19428
    (610) 941-4444

Date: _____